■ In the Matter of FREDERICK P. CINCOTTI, Admitted as FRED PETER CINCOTTI, a Suspended Attorney.—Petition granted only to the extent of referring the application for reinstatement to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Carro, J. P., Milonas, Kupferman, Asch and Kassal, JJ.